# THE MICHIGAN NISI PRIUS.

## SEPTEMBER, 1870.

### GARDNER, vs. PECKHAM.

A Writ of Replevin may be made returnable on any return day within three months of its teste.

*Jackson Circuit, January 1870.*

Motion to quash a writ of replevin and set aside the proceedings.

The writ was tested November 3d, 1869, and made returnable the first Tuesday in January, 1870. The regular term of the Circuit Court commenced the fourth Tuesday in November, so that not only a regular term, but also the first Tuesday in December (a return day,) intervened between the teste and return of the writ, which was the ground upon which this motion to quash was made.

*J. D. Conely*, for Plaintiff.

*W. K. Gibson*, for Defendant.

*By the Court,* HIGBY, *Judge.*—By the statute, C. L. § 5010, writs of replevin must be made returnable on some day on which writs in personal actions may be made returnable.

By rule 13, all original writs (except *capias*) may be made returnable on the first Tuesday of any month, and also on any day in term; but shall not be made returnable beyond three months from their date, unless more than that time intervenes, before the next term, and in such case, the writ shall be returnable on or before the first day of the next term.

This is the only limitation in this State of the time for return of original writs. Although the party causing the writ to be

issued *may* have it made returnable on the first Tuesday in each month or on any day in term.   Yet it is not obligatory upon him to make it returnable on the first return day, provided no more than three months intervenes between the time of issuing the writ and the return day.   I can give no other reasonable construction to the last clause of the rule—as the time between the issuing and return of this writ was less than three months, and it was made returnable on a regular return day—the motion must be denied.